IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY B. FLOWERS                                                                    PLAINTIFF

v.                              No. 3:20-cv-276-DPM

ZACHARY McQUAY, Investigator,
Jonesboro Police Department and
MICHAEL TALLEY, Investigator,
Jonesboro Police Department                                                  DEFENDANTS

## ORDER

The time to reopen the case has passed. *Doc. 4.* The Court lifts the stay and will dismiss the case without prejudice for failure to prosecute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 May 2023