IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY B. FLOWERS                                        PLAINTIFF

v.                   No. 3:20-cv-276-DPM

ZACHARY McQUAY, Investigator,
Jonesboro Police Department and
MICHAEL TALLEY, Investigator,
Jonesboro Police Department                  DEFENDANTS

## JUDGMENT

Flowers's complaint is dismissed without prejudice.

*/s/ WP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 May 2023